IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALBERT ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV596 |
| | ) | |
| OFFICER B. FERGUSON, OFFICER LAVALLY, and OFFICER BOISSEY, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on August 22, 2022, was served on the parties in this action. (ECF Nos. 59, 60.) Plaintiff filed objections to the Magistrate Judge's Recommendation, (*see* ECF No. 61), to which Defendant responded, (*see* ECF No. 64).

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Recommendation.

The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendants' Summary Judgment Motion, (ECF No. 42), is GRANTED.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 14th day of September 2022.

/s/ Loretta C. Biggs
United States District Judge